IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| V. | ) |
| | ) CASE NO.: 14-4012 - JSB |
| MARTHA SANDOVAL ROSALES | ) **UNDER SEAL** |

## ORDER

Upon motion of the United States, it is hereby ORDERED that the Clerk shall place the documents filed at Docket Entry _____ under seal until further order of this Court.

ENTERED, the 6th day of February, 2014.

_____
JOHN S. BRYANT
MAGISTRATE JUDGE