IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| V. ) | |
| ) | CASE NO.: 14-4012-JSB |
| MARTHA SANDOVAL ROSALES ) | **UNDER SEAL** |

## ORDER

Upon motion of the United States, it is hereby ORDERED that the Complaint and Affidavit are unsealed.

ENTERED, the 11th day of February, 2014.

_____
JOHN S. BRYANT
MAGISTRATE JUDGE