AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 14-4012 JSB |
| | ) | |
| Martha Sandoval Rosales | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A preliminary hearing and detention hearing are scheduled as follows:

| Place: U.S. District Court<br>801 Broadway<br>Nashville, TN 37203 | Courtroom No.: 776 |
|---|---|
| | Date and Time: February 21, 2014 at 1:00 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: February 11, 2014

_____
*Judge's signature*

JOHN S. BRYANT, U.S. MAGISTRATE JUDGE
*Printed name and title*